## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-60646-CIV-DAMIAN

**JOHN D. EULIANO**, *et al.*,

       Plaintiffs,

v.

**ALSTON & BIRD LLP**,

       Defendant.

_____/

### ORDER DENYING AS MOOT MOTION TO DISMISS [ECF NO. 22]

**THIS CAUSE** is before the Court on Defendant, Alston & Bird LLP ("Alston & Bird" or "Defendant"), Motion to Dismiss ("Motion") [ECF No. 22], filed April 22, 2026.

On May 6, 2026, Plaintiffs filed a First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). *See generally* ECF No. 24. Because the filing of an amended complaint supersedes the original complaint, Alston & Bird's Motion is moot. *See Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982).

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 22]** is **DENIED AS MOOT**. Alston & Bird shall respond to the First Amended Class Action Complaint by **May 20, 2026**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 11th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**