**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60646-CIV-DAMIAN**

**IN RE GOLIATH INVESTMENT LITIGATION**
_________________________________/

**ORDER DENYING WITHOUT PREJUDICE**
**MOTION TO APPEAR *PRO HAC VICE* [ECF NO. 67]**

**THIS CAUSE** is before the Court on the Motion to Appear *Pro Hac Vice* of Matthew J. Silveira, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 67], filed on July 6, 2026. The Clerk of Court has entered a Notice of Non-Compliance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys as follows: "Local counsel/movant, Eliot Pedrosa, did not file the Motion to Appear PHV; It was filed by and signed by another attorney, Kelly A. Carrero." Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice* **[ECF No. 67]** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 27th day of July, 2026.

_________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**